IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AOL INC., a Delaware corporation, | No. C 10-01992 WHA |
| Plaintiff, | |
| v. | **ORDER ON APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| MORGAN SLADE D/B/A THEKITCHENDAILY.COM and DOES 1 through 10, | |
| Defendants. | |

The undersigned is reluctant to grant a temporary restraining order without providing defendants with an opportunity to be heard. Provided that the summons, complaint, the application for a temporary restraining order, and all supporting declarations are served on defendants **BY NOON ON THURSDAY, MAY 13**, a hearing will be held on plaintiff's application for a temporary restraining order at **2:00 P.M. ON THURSDAY, MAY 20**. Defendants may file an opposition brief no later than **NOON ON MONDAY, MAY 17**.

**IT IS SO ORDERED.**

Dated: May 11, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE