1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  LINDSAY T. BRAUNIG (CA SBN 244125)
   LBraunig@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  LEE J. EULGEN (*pro hac vice*)
   leulgen@ngelaw.com
7  SARAH E. SMITH (*pro hac vice*)
   ssmith@ngelaw.com
8  GREGORY J. LEIGHTON (*pro hac vice*)
   gleighton@ngelaw.com
9  NEAL, GERBER & EISENBERG LLP
   2. N. LaSalle Street, Suite 1700
10 Chicago, Illinois 60602-3801
   Telephone:  312.269.8000
11 Facsimile:  312.269.1747

12 Attorneys for Plaintiff
   AOL INC.
13
   JAMES MCMANIS (CA SBN 40958)
14 jmcmanis@mcmanislaw.com
   TYLER ATKINSON (CA SBN 257997)
15 tatkinson@mcmanislaw.com
   McMANIS FAULKNER
16 A Professional Corporation
   50 West San Fernando Street, 10th Floor
17 San Jose, California 95113
   Telephone:    408.279.8700
18 Facsimile:    408.279.3244

19 Attorneys for Defendant
   Morgan Slade

20

21                                UNITED STATES DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA
22                                   SAN FRANCISCO DIVISION

23

| | |
|---|---|
| AOL INC., a Delaware corporation,<br>Plaintiff,<br><br>v.<br><br>MORGAN SLADE D/B/A THEKITCHENDAILY.COM and DOES 1 through 10,<br>Defendants. | Case No. C 10-01992 WHA<br><br>**STIPULATION AND [PROPOSED] STIPULATED TEMPORARY RESTRAINING AND PRELIMINARY INJUNCTION ORDER**<br><br>Hearing:   May 20, 2010<br>Time:      2:00 p.m.<br>Dept.:     9<br>Judge:     Hon. William Alsup |

On May 7, 2010, Plaintiff AOL Inc. ("AOL") submitted its Application for a Temporary Restraining Order against Defendant Morgan Slade ("Slade").  AOL and Slade hereby stipulate as follows:

1. Slade and all entities under his control, as well as any of his subsidiaries, licensees, partners, assigns, related entities, predecessors, successors, employees, representatives, trustees, receivers, agents, and any other persons or entities acting on behalf of Slade or with Slade's authority shall be temporarily and preliminarily enjoined from selling, offering for sale, holding for sale, advertising or promoting any goods or services under or in connection with the designations and domain names THE KITCHEN DAILY, KITCHENDAILY and <thekitchendaily.com>, or with any designations or domain names confusingly similar thereto, or otherwise using the designations and domain names THE KITCHEN DAILY, KITCHENDAILY and <thekitchendaily.com> or any designations or domain names confusingly similar thereto pending further order of this Court.

2. This Order in no way prohibits Slade from publishing any content on the internet, so long as he does not do so under or in connection with the designations and domain names THE KITCHEN DAILY, KITCHENDAILY or <thekitchendaily.com>, or any designations or domain names confusingly similar thereto.  This Order also in no way prohibits Slade from selling, offering for sale, holding for sale, advertising or promoting any goods or services under or in connection with the designations and domain names KITCHEN IN SEASON, A KITCHEN IN SEASON, THE KITCHEN IN SEASON, <kitcheninseason.com>, <akitcheninseason.com>, and <thekitcheninseason.com>.

3. Slade reserves all rights and defenses to AOL's claims in this matter and reserves the right to pursue any and all claims against AOL.  AOL retains all rights and defenses with regard to any claims raised by Slade, including without limitation any defenses related to limitations on actions.

4. That no security is required in this matter.

5. That this Order shall remain in effect pending either the entry of an order dismissing this action, or the entry of an order of final judgment.

STIP AND [PROPOSED] STIPULATED TEMP. RESTRAINING AND PRELIMINARY INJUNCTION ORDER   1
CASE NO.:C 10-01992 WHA
sf-2845669

6. Upon the Court's entry of this Stipulated Temporary Restraining and Preliminary Injunction Order, AOL's Application for Temporary Restraining Order shall be deemed withdrawn without prejudice and shall be taken off calendar.

Dated: May 18, 2010      MORRISON & FOERSTER LLP

By: /s/ Jennifer Lee Taylor
JENNIFER LEE TAYLOR

Attorneys for Plaintiff
AOL Inc.

Dated: May 18, 2010      McMANIS FAULKNER

By: /s/ Tyler Atkinson
TYLER ATKINSON

Attorneys for Defendant
Morgan Slade

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. The hearing on plaintiff's application for a temporary restraining order is **VACATED**.

DATED: May 19, 2010.

UNITED STATES [DISTRICT JUDGE]

*APPROVED — Judge William Alsup — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*