| | |
|---|---|
| 1 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|   | JTaylor@mofo.com |
| 2 | LINDSAY T. BRAUNIG (CA SBN 244125) |
|   | LBraunig@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | LEE J. EULGEN (*pro hac vice*) |
|   | leulgen@ngelaw.com |
| 7 | SARAH E. SMITH (*pro hac vice*) |
|   | ssmith@ngelaw.com |
| 8 | GREGORY J. LEIGHTON (*pro hac vice*) |
|   | gleighton@ngelaw.com |
| 9 | NEAL, GERBER & EISENBERG LLP |
|   | 2. N. LaSalle Street, Suite 1700 |
| 10 | Chicago, Illinois 60602-3801 |
|   | Telephone:  312.269.8000 |
| 11 | Facsimile:  312.269.1747 |
| 12 | Attorneys for Plaintiff |
|   | AOL INC. |
| 13 | |
| 14 | JAMES MCMANIS (CA SBN 40958) |
|   | jmcmanis@mcmanislaw.com |
|   | TYLER ATKINSON (CA SBN 257997) |
| 15 | tatkinson@mcmanislaw.com |
|   | McMANIS FAULKNER |
| 16 | A Professional Corporation |
|   | 50 West San Fernando Street, 10th Floor |
| 17 | San Jose, California 95113 |
|   | Telephone:    408.279.8700 |
| 18 | Facsimile:     408.279.3244 |
| 19 | Attorneys for Defendant |
|   | Morgan Slade |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AOL INC., a Delaware corporation, | Case No. C 10-01992 WHA |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE MOTION TO STRIKE ANSWER** |
| v. | |
| MORGAN SLADE D/B/A THEKITCHENDAILY.COM and DOES 1 through 10, | |
| Defendants. | |

1    WHEREAS, pursuant to Federal Rule of Civil Procedure 12(f), plaintiff's deadline for filing a motion to strike defendant Morgan Slade's Answer to Complaint ("Answer") is Friday, June 25, 2010;

   WHEREAS, the parties have twice met and conferred in good faith regarding plaintiff's anticipated motion to strike the affirmative defenses in the Answer, but have been unable to resolve the matter without Court intervention;

   WHEREAS, the parties are engaged in settlement discussions that would make plaintiff's anticipated motion to strike moot;

   WHEREAS, the parties agree it would be beneficial and more efficient to focus their efforts on these settlement discussions;

   WHEREAS, this is the first request made for an extension of time in this case, and would not affect the case schedule; and

   WHEREAS, the parties have agreed to a schedule that extends by one week plaintiff's time to file a motion to strike the Answer.

   IT IS HEREBY STIPULATED AND AGREED between the undersigned parties that plaintiff's deadline for filing a motion to strike the Answer shall be extended to Friday, July 2, 2010.

   SO STIPULATED.

Dated: June 21, 2010                    MORRISON & FOERSTER LLP

                                        By:    /s/ Lindsay T. Braunig
                                               LINDSAY T. BRAUNIG

                                        Attorneys for Plaintiff
                                        AOL Inc.

1
2  Dated: June 21, 2010                         McMANIS FAULKNER
3
                                                By:   /s/ Tyler Atkinson
4                                                     TYLER ATKINSON

5                                               Attorneys for Defendant
                                                Morgan Slade
6
7
           **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  No further extensions
8
   will be granted, and this brief one-week extension will affect no other deadlines.
9
10
   Dated:  June 23      , 2010
11                                              _____
                                                The Honorable William Alsup
12                                              United States District Judge

13     APPROVED
       [signature]
14     Judge William Alsup

15
16
17
18
19
20
21
22
23
24
25
26
27
28

S STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTION TO STRIKE ANSWER          2
CASE NO.:C 10-01992 WHA
sf-2860536