| | |
|---|---|
| 1 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|   | JTaylor@mofo.com |
| 2 | LINDSAY T. BRAUNIG (CA SBN 244125) |
|   | LBraunig@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | LEE J. EULGEN (*pro hac vice*) |
|   | leulgen@ngelaw.com |
| 7 | SARAH E. SMITH (*pro hac vice*) |
|   | ssmith@ngelaw.com |
| 8 | GREGORY J. LEIGHTON (*pro hac vice*) |
|   | gleighton@ngelaw.com |
| 9 | NEAL, GERBER & EISENBERG LLP |
|   | 2. N. LaSalle Street, Suite 1700 |
| 10 | Chicago, Illinois 60602-3801 |
|    | Telephone: 312.269.8000 |
| 11 | Facsimile: 312.269.1747 |
| 12 | Attorneys for Plaintiff |
|    | AOL INC. |
| 13 | |
| 14 | JAMES MCMANIS (CA SBN 40958) |
|    | jmcmanis@mcmanislaw.com |
| 15 | TYLER ATKINSON (CA SBN 257997) |
|    | tatkinson@mcmanislaw.com |
| 16 | McMANIS FAULKNER |
|    | A Professional Corporation |
| 17 | 50 West San Fernando Street, 10th Floor |
|    | San Jose, California 95113 |
| 18 | Telephone: 408.279.8700 |
|    | Facsimile: 408.279.3244 |
| 19 | Attorneys for Defendant |
|    | Morgan Slade |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AOL INC., a Delaware corporation, | Case No. C 10-01992 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION TO STRIKE DEFENDANT'S 27 AFFIRMATIVE DEFENSES** |
| v. | |
| MORGAN SLADE D/B/A THEKITCHENDAILY.COM and DOES 1 through 10, | |
| Defendants. | |

STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION TO STRIKE
CASE NO.:C 10-01992 WHA
sf-2873088

| | |
|---|---|
| 1 | WHEREAS, pursuant to Local Rule 7-3, defendant's deadline for filing an opposition to |
| 2 | plaintiff's Motion to Strike Defendant's 27 Affirmative Defenses ("Motion to Strike") is |
| 3 | Thursday, July 22, 2010; |
| 4 | WHEREAS, the parties have scheduled settlement talks for Thursday, July 22, 2010; |
| 5 | WHEREAS, if these settlement talks are successful, the Motion to Strike would be moot; |
| 6 | WHEREAS, the parties previously stipulated to extend by one week plaintiff's deadline |
| 7 | for filing the Motion to Strike, and the Court approved that extension; |
| 8 | WHEREAS, the parties have agreed to a schedule that extends until Monday, July 26, at |
| 9 | noon defendant's time to file an opposition to the Motion to Strike; and |
| 10 | WHEREAS, such extension would not affect the deadline for plaintiff's reply in support |
| 11 | of the Motion to Strike or the date of the hearing on the Motion to Strike, |
| 12 | IT IS HEREBY STIPULATED AND AGREED between the undersigned parties that |
| 13 | defendant's deadline for filing an opposition to the Motion to Strike shall be extended to |
| 14 | Monday, July 26, 2010, at noon. |
| 15 | SO STIPULATED. |
| 16 | Dated: July 20, 2010                    MORRISON & FOERSTER LLP |
| 17 | |
| 18 | By:  /s/ Lindsay T. Braunig<br>        LINDSAY T. BRAUNIG |
| 19 | Attorneys for Plaintiff |
| 20 | AOL Inc. |

STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION TO STRIKE    1
CASE NO.:C 10-01992 WHA
sf-2873088

Dated: July 20, 2010

McMANIS FAULKNER

By: _____
TYLER ATKINSON

Attorneys for Defendant
Morgan Slade

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Defendant may file his opposition brief by noon on Monday, July 26. The reply will still be due on Thursday, July 29. The hearing date will remain unchanged.

Dated: July 20, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE



STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION TO MOTION TO STRIKE
CASE NO.:C 10-01992 WHA
sf-2873088

2