IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AOL INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN SLADE D/B/A THEKITCHENDAILY.COM and DOES 1 through 10,<br><br>Defendants. | No. C 10-01992 WHA<br><br>**ORDER REGARDING PENDING SETTLEMENT AND MOTION TO STRIKE, AND VACATING HEARING** |

On July 2, 2010, plaintiff AOL Inc. filed a motion to strike defendant Morgan Slade's 27 affirmative defenses, with a hearing noticed for August 12 (Dkt. No. 32). On July 26, instead of filing an opposition to the pending motion, defendant Slade filed a notice that "[t]he parties have resolved their dispute and . . . [d]efendant therefore believes that no [o]pposition to the [m]otion to [s]trike is required" (Dkt. No. 41). The notice also stated that it was "anticipated that the parties will submit a proposed [s]tipulated [d]ismissal [o]rder prior to the August 12 . . . hearing date" (*ibid.*). Defendant Slade is cautioned that if a stipulated dismissal is not filed **BY 8:00 A.M. ON AUGUST 12**, the motion to strike will be granted. The August 12 hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE