JENNIFER LEE TAYLOR (CA SBN 161368)
JTaylor@mofo.com
LINDSAY T. BRAUNIG (CA SBN 244125)
LBraunig@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

LEE J. EULGEN (*pro hac vice*)
leulgen@ngelaw.com
SARAH E. SMITH (*pro hac vice*)
ssmith@ngelaw.com
GREGORY J. LEIGHTON (*pro hac vice*)
gleighton@ngelaw.com
NEAL, GERBER & EISENBERG LLP
2. N. LaSalle Street, Suite 1700
Chicago, Illinois 60602-3801
Telephone:  312.269.8000
Facsimile:  312.269.1747

Attorneys for Plaintiff
AOL INC.

JAMES MCMANIS (CA SBN 40958)
jmcmanis@mcmanislaw.com
TYLER ATKINSON (CA SBN 257997)
tatkinson@mcmanislaw.com
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408.279.8700
Facsimile:    408.279.3244

Attorneys for Defendant
Morgan Slade

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AOL INC., a Delaware corporation,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MORGAN SLADE D/B/A THEKITCHENDAILY.COM and DOES 1 through 10,<br>　　　　　　Defendants. | Case No. C 10-01992 WHA<br><br>[~~PROPOSED~~] STIPULATED DISMISSAL ORDER |

1 | Plaintiff, AOL Inc. ("AOL"), and Defendant, Morgan Slade ("Slade"), by their respective attorneys and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of the present action and state as follows:

2  1. On July 23, 2010, AOL and Slade entered into a Settlement Agreement concerning the above-captioned action (the "Settlement Agreement").

3  2. Pursuant to the terms of the Settlement Agreement, the parties seek dismissal of this action.

4  3. Notwithstanding the foregoing, several terms and conditions of the Settlement Agreement remain to be fulfilled, and the parties request the Court to retain jurisdiction over this matter to enforce the parties' Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1984).

WHEREFORE, the parties respectfully request that this Court issue an Agreed Order of Dismissal, and retain jurisdiction over the parties to enforce the terms of their Settlement Agreement for the reasons stated herein.

**IT IS SO STIPULATED.**

Dated: August 3, 2010           MORRISON & FOERSTER LLP

                                By:  /s/ Jennifer Lee Taylor
                                     JENNIFER LEE TAYLOR

                                Attorneys for Plaintiff
                                AOL Inc.


Dated: August 3, 2010           McMANIS FAULKNER

                                By:  /s/ Tyler Atkinson
                                     TYLER ATKINSON

                                Attorneys for Defendant
                                Morgan Slade

1   While the stipulation is approved, the Court declines to retain jurisidiction to enforce
2  terms of a settlement agreement it has neither seen nor approved.  That aside, the case is
3  dismissed pursuant to the above stipulation.  **THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: August 4, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE